IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRY HUNT, | : | Civil No. 1:24-CV-01630 |
| Plaintiff, | : | |
| v. | : | |
| WELLPATH, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

Before the court is a report and recommendation of United States Magistrate Judge Susan E. Schwab recommending that the court grant Defendant's motion to dismiss, without opposition from Plaintiff, and close this case. (Doc. 14.) No party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court. *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Judge Schwab's analysis is well-reasoned and fully supported by the record and applicable law. Accordingly, **IT IS ORDERED THAT**:

1

1) The report and recommendation, Doc. 14, is **ADOPTED**.

2) Defendant's motion to dismiss, Doc. 12, is **GRANTED**.

3) This action is **DISMISSED** and the Clerk of Court is directed to close this case.

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Judge  
Middle District of Pennsylvania

Dated: November 6, 2025